UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK A. BATTERSBY,<br>    Petitioner,<br>v.<br>WARDEN,<br>    Respondent. | Case No. 22-cv-02911 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTION FOR STAY**<br><br>(Docket No. 10) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction.  Dkt. No. 1.  On September 13, 2022, the Court issued an order granting leave to file a renewed motion for stay.  Dkt. No. 8.  Petitioner has filed a request for an extension of time to do so.  Dkt. No. 10.  In his request, Petitioner states that the law library is currently closed.  *Id*.

Having shown good cause, Petitioner's motion for an extension of time is **GRANTED**.  As requested, Petitioner shall file a motion for stay **no later than twenty-eight (28) days from the date this order is filed**.

This order terminates Docket No. 10. **IT IS SO ORDERED.**

Dated: ___October 7, 2022_____

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT for Mot for Stay
PRO-SE\BLF\HC.22\02911Battersby_EOT.stay